IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

#184070
GREGORY KENNETH LEE )
Full name and prison number )
of plaintiff(s) )
)
v. )
)
WARDEN HOPE )
)
WARDEN LOUIS BOWEN )
)
SEGENT JACKSON )
)
SEGENT SPEK )
)
LT BAILEY )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2006 MAY 17 A 9:26

CIVIL ACTION NO. 2:06cv443-MEF
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  STATON
_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED  Bullock
_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. WARDEN LOUIS BOWEN | |
| 2. WARDEN HOPE | |
| 3. SEGENT WILLIAMS | |
| 4. SEGENT SMITH | |
| 5. CAPT. NETTIEDAS | |
| 6. CAPT. PERKINS — Comm. TOM ALLEN | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  MAY 23RD, 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ON OR ABOUT MAY 2005, I WAS WAITING TO SEE CLASSIFICATION SUPERVISOR MR. BRACKLEGG. MRS. JACKSON

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

CALLED ME TO THE CANTEEN SO THAT SHE COULD CHECK TO SEE IF MY MONEY HAD BEEN POSTED, WHEN I LEFT THE CANTEEN, CAPT. BOYD ASKED ME IF I HAD A BOX-CUTTER FROM THE CANTEEN. I TOLD HIM NO SIR. CAPT. BOYD TOOK HIS GLASSES OFF AND SLAPPED ME IN THE FACE, THEN HE BALLED HIS FIST UP AND PUNCHED ME IN

GROUND TWO: MY FACE AND THREATENED ME. AFTER THE INCIDENT I WAS TRANSFERRED TO BIBB COUNTY CORR. FAC. ON AUG 5, 2005

SUPPORTING FACTS: AND RETURNED TO BULLOCK CORR. FAC. IN SEPT. 05 MRS. JACKSON AND MRS. WASHINGTON APOLOGIZED BECUSE MRS. JACKSON SAID THAT SHE HAD FOUND THE BOX CUTTER, SHE SAID THAT CAPT. BOYD SHOULD APOLOGIZE TOO. BUT HE DIDNT, INSTEAD HE STATED, "YOU NEEDED THAT, AND I'LL DO IT AGAIN. They Also messed the Arch up on the bottom of my left foot, My big to is Also swollen on my right foot.

GROUND THREE: me while Sgt. Williams was harrassing me while in lock up.

SUPPORTING FACTS: MY CONSTITTIONAL RIGHTS HAVE BEEN VIOLATED AND I WOULD LIKE THIS MATTER INVESTAGATED BY THE COURT AND CHARGES BROUGHT TO THOSE IVOLED. I has Request medical att. for feet the state official Refuse to let me the doctor the doctor also Refuse to see inmates

I am sueing each Defendants for $25,000 each And bring charge for 2st degree Assault. Plaintiff is Requesting a hearing on all matters against the defendants'

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Warden Louis Boyd: I would like to sue him for the Sum of $25,000 I want the Court to take Action Against him

Gregory Lee
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 4-30-06
(Date)

Gregory Lee
Signature of plaintiff(s)

4