Gregory Kenny Lee #184070

Bullock Corr. Fac.

May — 20 05. on or about I was waiting to see classifi-cation Supv., mr. Brackley ~~specialist mr. Blackwell~~ ms. Jackson called me to the canteen so she could check for me to let me know if I Have any money on account, I exited canteen awaiting to see Clss. Supv., Capt. Boyd asked me if I Had a Box cutter from the Canteen, I said no, Capt. Boyd Took His Glasses off made fist slapped me in the face and Punched me in the face & Threatened me, After incident I was

Aug 05
Transferred to Bibb Co. And Returned
to Sept. 05 (Bullock) And Ms. Jackson and Ms.
Washington apologized Because she
Had found the Box cutter and also
Stated Capt. Boyd Should apologize But
He didn't But rather stated you needed
that and Ill Do it again.

~~without supervision, ok
Bullock County Courthouse~~

Gregory Kenny Lee                                    10-27-05
Bullock Corr. Fac.

On or about (May 2005) [10:3], I was waiting to see Classification Supervisor Mr. Bracklegg. Mrs. Jackson called me to the Canteen so that she could check to see if my money had been posted. When I left the Canteen, Capt. Boyd asked me if I had a box-cutter from the Canteen. I told him no sir. Capt. Boyd took his glasses off and slapped me in the face, then he balled his fist up and punched me in my face and threatened me. After the incident I was transferred to Bibb County Corr. Fac. in Aug. '05 and returned to to Bullock Corr. Fac in Sept '05. Mrs. Jackson and Mrs. Washington apologized because Mrs. Jackson said that she had found the Box-cutter. She said that Capt. Boyd should apologize too. But he didn't, Instead he stated, "You needed that, and I'll do it again."

A2-2/
10-21-05

5-9-06

DATE of incident
(10-27-05)

STATE OF ALABAMA   Time of incident 7:00 am
DEPARTMENT OF CORRECTIONS

Gregory Kenny LEE    #191070
Bullock Corr. FAC.

May 23, 2005 - on or about. I was waiting to see classification supv. Mr Bracklegg. Ms Jackson called me to the canteen so she could check for me, to let me know if I had any money on my account. I exited canteen awaiting to see supv. Capt Boyd asked me if I had a Box cutter from the canteen, I said no. Capt. Boyd took his glasses off, made a fist & slapped me in the face, and punched me in the face and also threatned me. After the incident I was transferred to Bibb Co on Aug 05 and returned to Bullock Sept 05. Ms Jackson and Ms Washington apologized because she had found the Box cutter and also stated Capt Boyd should apologize, but he didnt, but instead stated "you needed that and I'll do it again"!

Lt. BROWN TOOK ME TO DR. BLEVENS AND ASK HIM DID HE CALL BULLOCK AND TELL HIM WHAT I DID. LT. BROWN CALL THE CAPTAIN AT BULLOCK AND TOLD HIM WHAT I SAID THEY HAD DONE TO ME. I ALSO TALK TO I&I AND THEY SAID THEY WOULD GET BACK TO ME BUT THEY NEVER DID. I WANT ACTION TAKEN AGANIST ALL OF THEM. THIS OCCURRED ON 5/17/05.

Gregory Kenny Lee  
Bullock Corr. Fac.

10-27-05

<u>May 23, 2005</u> - on or about. I was waiting to see Classification Supv., Mr. Bracklegg. Ms. Jackson called me to the canteen so she could check for me, to let me know if I had any money on my account. I exited canteen awaiting to see Supv. Capt. Boyd asked me if I had a Box cutter from the canteen, I said no. Capt. Boyd took his glasses off, made a fist and slapped me in the face, and punched me in the face and threatened me. After the incident I was transferred to bibb co. on Aug. 05 and returned to Bullock Sept. 05. Ms. Jackson and Ms. Washington apologized because she had found the box cutter and also stated Capt. Boyd should apologize, but he didnt, but instead stated," you needed that, and I'll do it again"!

Gregory Lee 10-27-05