# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

WARDEN HOPE

RECEIVED
2006 JUN -9 A 9: 42



Plaintiff(s)/Petitioner(s)

vs.

Gergary Kenny Lee #184070

Defendant(s)/Respondent(s)

CIVIL ACTION NO. 2:06 CV-443 MEF
(To be supplied by Clerk of Court)

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Gergary Kenny Lee, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in forma pauperis in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. BRIEF STATEMENT AS TO THE NATURE OF THE ACTION: _____
_____
_____
_____

II. RESIDENCE:
Your address: _____
                              (Street)
_____
(City)            (State)            (Zip Code)

III. MARITAL STATUS:
1. Single ✓   Married ___   Separated ___   Divorced ___
2. If married, spouse's full name: _____

IV. DEPENDENTS:
1. Number: No
2. Relationship to dependent(s): No
3. How much money do you contribute toward your dependents' support on a monthly basis? $ No

Revised 12/14/01

V. **EMPLOYMENT:**
  1. Name of employer: _No_
     a. Address of employer: _____
        (Street)
        (City)  (State)  (Zip Code)
     b. How long have you been employed by present employer?
        Years: _____   Months _____
     c. Income: Monthly $_____ or Weekly $_____
     d. What is your job title? _____

  2. If unemployed, date of last employment: _____
     Amount of salary and wages received per month in last employment: $_____

  3. Is spouse employed? _____ If so, name of employer: _____
     a. Income: Monthly $_____ or Weekly $_____
     b. What is spouse's job title? _____

  4. Are you and/or your spouse receiving welfare aid? _____
     If so, amount: Monthly $_____ or Weekly $_____

VI. **FINANCIAL STATUS**
  1. Owner of real property (excluding ordinary household furnishings and clothing):
     a. Description: _____
     b. Full Address: _____
     c. In whose name: _____
     d. Estimated value --------------------------------- $_____
     e. Total amount owed ------------------------------- $_____
        Owed to: _____
                                                          $_____
                                                          $_____
     f. Annual income from property --------------------- $_____

  2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
     a.
                                  Asset (1)         Asset (2)
        Make & Model:            _____         _____
        In whose name registered? _____        _____
        Present Value of Asset:  _____         _____
        Amount owed:             _____         _____
        Owed to:                 _____         _____
     b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else - $_____

2

   c. List monies received by you during the last twelve (12) months, or held for you by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

   Business, profession or other forms of self-employment - $ _____
   Rent payments, interest or dividends -------------- $ _____
   Pensions, annuities or life insurance payments ------- $ _____
   Gifts or inheritances ---------------------------- $ _____
   Stocks, bonds or notes -------------------------- $ _____
   Tax refunds, Veteran benefits or social security benefits $ _____
   Any other sources ------------------------------ $ _____

3. Obligations:
   a. Monthly rental on house or apartment ------------ $ _____
   b. Monthly mortgage payments on house ------------ $ _____

4. Other information pertinent to your financial debts and obligations:

| (Creditor) | (Total debt) | (Monthly payment) |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)

_____
_____
_____

Other (Explain): _____
_____
_____

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

7-5-60
DATE

Gregory Lee
SIGNATURE OF PLAINTIFF/PETITIONER

ADDRESS

VIII. **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint <u>must</u> accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($150.00 for a civil action, $5.00 for a habeas corpus petition, or $105.00 for an appeal).

7-5-06          Gregory Lee
DATE                SIGNATURE OF PLAINTIFF/PETITIONER

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 2.36 on account to his/her credit at Staton C.F. (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ 0.00. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 2.36. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

6/7/06         Felisha Outen
DATE             SIGNATURE OF AUTHORIZED OFFICER

5

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
STATON CORRECTIONAL FACILITY

AIS #: 184070        NAME: LEE, GREGORY                             AS OF: 06/07/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUN | 23 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.07 | $2.36 |
| NOV | 30 | $2.36 | $0.00 |
| DEC | 31 | $2.36 | $0.00 |
| JAN | 31 | $2.36 | $0.00 |
| FEB | 28 | $2.36 | $0.00 |
| MAR | 31 | $2.36 | $0.00 |
| APR | 30 | $2.36 | $0.00 |
| MAY | 31 | $2.36 | $0.00 |
| JUN | 7 | $2.36 | $0.00 |

## INMATE REQUEST SLIP

Name  GREGORY LEE          Quarters O-2-18-B  Date 7-5-06

AIS # 184070

( ) Telephone Call      ( ) Custody Change      ( ) Personal Problem
( ) Special Visit       ( ) Time Sheet          ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

TO WHO IT MAY CONCERN, BUSSINESS OFFICE

WOULD LIKE TO GET A COPY, SHOWING HOW MUCH I HAVE ON THE BOOK.

THANK YOU.
GREGORY LEE

Do Not Write Below This Line - **For Reply Only**

Approved          Denied          Pay Phone          Collect Call

Request Directed To: (Check One)

( ) Warden                          ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor       ( ) Legal Officer - Notary     ( ) Record Office
                                        Public

N176