IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| GREGORY LEE, #184 070 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-443-MEF |
| WARDEN HOPE, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's June 9, 2006 motion for leave to proceed *in forma pauperis*, and for the reasons stated in the *Order and Recommendation of the Magistrate Judge* filed on May 22, 2006, it is

ORDERED that the motion for leave to proceed *in forma pauperis* filed by Plaintiff on June 9, 2006 (Doc. No. 4) is DENIED.

Done, this 12th day of June 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

for

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE