IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY LEE, #184070, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06CV443-MEF |
| | ) |
| WARDEN HOPE, et al., | ) |
| | )         (WO) |
| Defendants. | ) |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendant and against the plaintiff, and that this action is DISMISSED WITHOUT PREJUDICE.

Done this the 16th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE